# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIDGE GROUP INVESTMENTS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,

Appellant,

vs.

BIG DOLLAR STORES, LLC, A NEVADA LIMITED LIABILITY COMPANY; JEFFREY CHAUNCEY, AN INDIVIDUAL; AND RAINBOW-OAKEY PLAZA, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondents.

No. 73559

FILED

APR 0 3 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY:
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.[1]  The parties shall bear their own costs and attorney fees.  NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

---

[1]Although the stipulation refers to a cross-appeal, we note that there is no cross-appeal in this matter.

18-12594

cc:    Hon. Mark R. Denton, District Judge
       Stephen E. Haberfeld, Settlement Judge
       Garman Turner Gordon
       Marquis Aurbach Coffing
       Eighth District Court Clerk